# E-filing

FILED
08 MAR 11 PM 3:32
RICHARD W. WIEKING
CLERK US DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Andre' M. Ferguson Plaintiff,

vs.

District Attorney Defendant.

CASE NO. _____ 1394 MMC (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Andre' M. Ferguson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____NA____ Net: ____NA____

Employer: ____NA____
____NA____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ NA _____
5  _____ NA _____
6  _____ NA _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or                    Yes ___ No X
10      self employment
11  b.  Income from stocks, bonds,                 Yes ___ No X
12      or royalties?
13  c.  Rent payments?                             Yes ___ No X
14  d.  Pensions, annuities, or                    Yes ___ No X
15      life insurance payments?
16  e.  Federal or State welfare payments,         Yes X   No ___
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  I WAS RECEIVING $422.00 PER MONTH FROM A
22  STATE WELFARE PROGRAM CALLED P·A·E·S
23  3.    Are you married?                         Yes ___ No X
24  Spouse's Full Name: _____ NA _____
25  Spouse's Place of Employment: _____ NA _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _____ NA _____ Net $ _____ NA _____
28  4.    a.  List amount you contribute to your spouse's support:$ _____ NA _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

```
 1        b.     List the persons other than your spouse who are dependent upon you for
 2               support and indicate how much you contribute toward their support. (NOTE:
 3               For minor children, list only their initials and ages. DO NOT INCLUDE
 4               THEIR NAMES.).
 5   _____ NA _____
 6   _____ NA _____
 7   5.    Do you own or are you buying a home?        Yes ___ No ✗
 8   Estimated Market Value: $ __NA__ Amount of Mortgage: $ __NA__
 9   6.    Do you own an automobile?                    Yes ___ No ✗
10   Make __NA__ Year __NA__ Model __NA__
11   Is it financed? Yes __NA__ No ✗ If so, Total due: $ __NA__
12   Monthly Payment: $ __NA__
13   7.    Do you have a bank account?  Yes ___ No ✗ (Do not include account numbers.)
14   Name(s) and address(es) of bank: __NA__
15   _____ NA _____
16   Present balance(s): $ __NA__
17   Do you own any cash? Yes ___ No ✗ Amount: $ __.02__
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)  Yes ___ No ✗
20   _____ NA _____
21   8.    What are your monthly expenses?
22   Rent: $ __NA__           Utilities: __NA__
23   Food: $ __NA__           Clothing: __NA__
24   Charge Accounts:
25   Name of Account         Monthly Payment         Total Owed on This Acct.
26   __NA__    $ __NA__    $ __NA__
27   __NA__    $ __NA__    $ __NA__
28   __NA__    $ __NA__    $ __NA__    9. Do
```

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do **not** include account numbers.)

NA

NA

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes X No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CASE # CV-08-0951 - IN THE U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

03/06/2008                          Mr. Andre Ferguson
DATE                                SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 4 -

Case Number: 2344489

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Andre' M. Ferguson** for the last six months at **COUNTY JAIL #5 · P.O. BOX 67 · SAN BRUNO · CA · 94066**
**Andre' M. Ferguson** [prisoner name]
**COUNTY JAIL # 5** where (s)he is confined.
[name of institution]

 I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: **03/06/08**

_____ **#1026**
[Authorized officer of the institution]

SEE ATTACHED
ACCOUNT SHEET

-5-

Date : 03/06/2008
Time : 10:15

## Account Activity Ledger
From : 11/27/2007  To : 03/06/2008

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 2344489 | Name FERGUSON, ANDRE | | | Block | | | Previous Balance | | 0.00 |
| Initial Entry | 11/27/2007 | 21:57 | B#249817 | 756982 | D | | 0.00 | | 0.00 |
| INTAKE | 11/27/2007 | 21:57 | B#249818 | 756984 | D | | 70.91 | | 70.91 |
| PROPERTY RELEASE | 11/29/2007 | 11:15 | B#250207 | 757957 | W | | | -70.19 | 0.72 |
| Sales Transaction | 12/27/2007 | 10:10 | I#283951 | | I | 0.47 | | | 0.25 |
| | 01/30/2008 | 15:43 | B#254525 | 788104 | D | | 50.00 | | 50.25 |
| Sales Transaction | 01/31/2008 | 06:05 | I#290093 | | I | 46.15 | | | 4.10 |
| Sales Transaction | 02/07/2008 | 05:52 | I#291285 | | I | 2.98 | | | 1.12 |
| Sales Transaction | 02/14/2008 | 05:52 | I#292750 | | I | 1.10 | | | 0.02 |

Deposits   3   For $   120.91
Withdraws  1   For $   -70.19
Invoices   4   For $   50.70

Page : 1